Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:10-mj-0130-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND  ORDER |
| v. ) | THEREON |
| ) | |
| GABINO CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: September 10, 2010              NATIONAL PARK SERVICE


                                        /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   September 13, 2010            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1